Form a0ndfcfl

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

---

In Re: Raymond Walker

Debtor(s)

SSN/TAX ID: xxx–xx–6866

Case No.: 1:16–bk–11998

Chapter: 13

---

## NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☑ The attached PDF document is unreadable. Please file an amended document. Re: **#33 Notice of Mortgage Payment Change**

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☐ Other Deficiencies:

Dated: September 17, 2018

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court