UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| IN RE: | CASE NO. 16-11998 |
| RAYMOND WALKER | CHAPTER 13 |
| | JUDGE BUCHANAN |

STATEMENT OF DEATH

In accordance with Federal Rule of Bankruptcy Procedure 1016 and Local Bankruptcy Rule 1016-1, the court is hereby advised that Debtor, Raymond Walker died on June 23, 2020.

Respectfully submitted,

/s/ Rebecca S. Lindner (OH-0072508)
Rebecca S. Lindner (OH-0072508)
LINDNER LAW OFFICE
11156 Main Street, Suite E
Cincinnati, OH 45241
Ph: (513) 792-9600
Fx: (513) 823-2892
rebecca@lindnerlawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Statement of Death was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on August 26, 2021 addressed to:

/s/ Rebecca S. Lindner
Rebecca S. Lindner

Minnie Walker
1917 Neyer Ave.
Cincinnati, OH 45225